**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:  Chapter 11

GABY FRAIFER,  Case No.: 8:22-bk-02423

Debtor.
_____/

**CORRECTED CHAPTER 11 CASE MANAGEMENT SUMMARY**
(Corrected as to Service Date)

**COMES NOW** GABY FRAIFER (the "Debtor"), by and through its undersigned attorney, and files this its Chapter 11 Case Management Summary, pursuant to Local Rule 2081-1(b), as follows:

1. **Order for Relief**:

    On June 17, 2022 the "Petition Date"), the Debtor filed his Voluntary Petition under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating his business and managing its affairs as a Debtor-in-possession.

2. **Related Case(s)**:

    | Name(s) | Case Number(s) | Date of Filing |
    |---|---|---|
    | None | | |

3. **Description of Debtor's business:**

    The Debtor is an individual who derives his income from interests in several limited liability companies.

4. **Locations of Debtor's operations and whether leased or owned:**

    The Debtor owns his homestead which is located at 4801 Longwater Way, Tampa, Florida 33615-4216.

5. **Reasons for filing Chapter 11:**

    The Debtor filed for protection under Chapter 11 due to the aggressive collection activities of Dish Network, LLC. Pre-petition, Dish Network, LLC received a judgment against the Debtor in the amount of $600,000 and had begun attempting to collect on the judgment.  The Debtor filed the instant bankruptcy to provide him the

opportunity to seek a controlled repayment of his creditors.

6. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

| Name | Title | Interest | Compensation |
|---|---|---|---|
| N/A | | | |

7. **Debtor's annual gross revenues:**[1]

| | |
|---|---|
| 2022 (Estimated YTD) | $120,000 |
| 2021 (Estimated) | $183,048 |
| 2020 (Gross receipts or sales) | $233,507 |

8. **Amounts owed to various classes of creditors:**

   a. Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

   | Identity | amounts owed |
   |---|---|
   | None | |
   | **TOTAL** | **$0.00** |

   b. Identity, collateral, and amounts owed to *secured* creditors:

   | **Identity** | **Collateral** | amounts owed |
   |---|---|---|
   | Dish Network LLC | Judgment lien on property owned by the Debtor in Hillsborough County, Florida | $600,000 |
   | Faraj Freifer | Debtor's Gulf Brisas, LLC 10% interest; GTLF Madeira, LLC 10% interest; and Fraifer Investment, LLC 10% interest | $1,000,000 |
   | | **TOTAL** | **$1,700,000** |

   c. Amount of *unsecured* claims:

---

[1] The gross revenues include the Debtor's wife's income as well.

| Identity | amounts owed |
|---|---|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | $239,213.80 |
| TOTAL | **$239,213.80** |

9. **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value[2] |
|---|---|
| ½ interest in 4801 Longwater Way Tampa, FL 33615 | $985,000 |
| ½ interest in 2007 Lexus LS460 | $2,500 |
| ½ interest in 2007 Honda Jetski | Unknown |
| ½ interest in Jetski trailer | $250 |
| ½ interest in household furnishings | $,3500 |
| ½ interest in collectibles of value | $1,000 |
| ½ interest in sports and hobby equipment | $250 |
| Miscellaneous clothing | $100 |
| Longines watch, wedding ring | $100 |
| ½ interest in cash | $500 |
| ½ interest in checking account at Bank of America | $12,500 |
| ½ interest in savings account at JPMorgan Chase Bank | $15 |
| Planet Telecom, Inc. | $0,00 |
| Tele-Center, Inc. | $0.00 |
| 10% interest in Gulf Brisas, LLC | Unknown |
| 10% interest in Fraifer Investment, LLC | $250,000 |
| 10% interest in GTLF Madeira, LLC | $135,000 |
| Fidelity 529 plans | $130,000 |
| Possible tax refund for 2021 | Unknown |
| Bank of America Health Savings Account | $4,000 |

---

[2] Values generally represent the value of the Debtor's interest in the asset, not the entire value of the asset.

| Possible claim against Dish Network, LLC | Unknown |
|---|---|
| **TOTAL** | **$1,524,465** |

10. **Number of employees and amount of wages owed as of Petition date:**

    n/a

11. **Status of Debtor's payroll and sales tax obligations, if applicable:**

    n/a

12. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

    None

13. **Anticipated strategic objectives:**

    The Debtor's objective is to determine the exact amounts owed to his creditors and provide for an orderly, controlled repayment of his debts.

    **RESPECTFULLY SUBMITTED,** on this 17th day of June, 2022.

    BUDDY D. FORD, P.A.,

    /s/ Buddy D. Ford
    Buddy D. Ford, Esquire (FBN: 0654711)
    Email: *Buddy@tampaesq.com*
    Jonathan A. Semach, Esquire (FBN: 0060071)
    Email: *Jonathan@tampaesq.com*
    Heather M. Reel, Esquire (FBN: 0100357)
    Email: *Heather@tampaesq.com*
    9301 West Hillsborough Avenue
    Tampa, Florida  33615-3008
    Telephone #: (813) 877-4669
    Office Email: *All@tampaesq.com*
    Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of June, 2022, true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by U.S. Mail to:

Gaby Fraifer, 4801 Longwater Way, Tampa, FL 33615-4216

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*