**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: July 6, 2022**

_Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Gaby Fraifer

_____Debtor*_____/

Case No.
8:22−bk−02423−MGW
Chapter 11

### ORDER STRIKING NOTICE OF RULE 2004 EXAMINATION

THIS CASE came on for consideration, without hearing, of the Notice of 2004 Examination of Gaby Fraifer filed by Dish Network L.L.C. , Doc. # 17 . After review, the Court determines that the notice is deficient as follows:

> Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

**ORDERED:**

The notice is stricken to allow movant to file an amended notice.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.