[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: July 6, 2022

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Gaby Fraifer

_____Debtor*_____/

Case No.
8:22−bk−02423−MGW
Chapter 11

### ORDER STRIKING NOTICE OF EXAMINATION DUCES TECUM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND NOTICE OF SUBPOENA

   THIS CASE came on for consideration, without hearing, of the Notice of 2004 Examination of Fraifer Investment, LLC filed by Dish Network L.L.C , Doc. # 18 . After review, the Court determines that the motion is deficient as follows:

      Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

   Accordingly it is

***ORDERED:***

The notice is stricken to allow movant to file an amended notice.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.