United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 22-02423-MGW |
| Gaby Fraifer | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: Doddos | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gaby Fraifer, PO Box 260998, Tampa, FL 33685-0998 |
| cr | + Dish Network L.L.C., c/o Daniel M. Coyle, Esq., Sequor Law, 1111 Brickell Avenue, Suite 1250 Miami, FL 33131-3123 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 10, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda E Finley | on behalf of Creditor Dish Network L.L.C. afinley@sequorlaw.com  ngonzalez@sequorlaw.com |
| Buddy D Ford | on behalf of Debtor Gaby Fraifer Buddy@TampaEsq.com Jonathan@tampaesq.com;Heather@tampaesq.com;Staci@tampaesq.com;Nicholle@tampaesq.com |
| Daniel M Coyle | on behalf of Creditor Dish Network L.L.C. dcoyle@sequorlaw.com  ngonzalez@sequorlaw.com |
| Nicole Peair | on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov |
| Ruediger Mueller | trustee@tcmius.com  crm11@trustesolutions.net |
| United States Trustee - TPA | |

District/off: 113A-8                    User: admin                         Page 2 of 2
Date Rcvd: Jul 08, 2022                 Form ID: Doddos                     Total Noticed: 2

USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 6

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: **July 8, 2022**

*Michael G. Williamson*
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 8:22−bk−02423−MGW
 Chapter 11

Gaby Fraifer

_____Debtor*_____/

### ORDER STRIKING AMENDED NOTICE OF 2004 EXAMINATION OF GABY FRAIFER

THIS CASE came on for consideration, without hearing, of the Amended Notice of 2004 Examination of Gaby Fraifer. filed by Dish Network LLC , Doc. # 41 . After review, the Court determines that the notice is deficient as follows:

Service upon the Debtor at the Debtor's address of record is not indicated. Fed. R. Bankr. P. 3007(a), 4003(b)(4) and 7004(b)(9).

Accordingly it is

***ORDERED:***

The notice is stricken to allow movant to file an amended notice.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.