**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| GABY FRAIFER, | Case No.: 8:22-bk-02423-MGW |
| Debtor._____/ | |

### SUBCHAPTER V STATUS REPORT PURSUANT TO 11 U.S.C. §1188(c)

Date of order for relief (conversion):   June 17, 2022

Trustee:   Ruediger Mueller
Dr. Mueller Associates, Inc.
1112 Watson Court
Reunion, Florida 34747-6784
Phone: (678) 863-0473
Email: trustee@tcmius.com

1. Has the debtor attended an initial Debtor interview? Yes. The Initial Debtor Interview was held June 30, 2022.

2. Has the trustee concluded the § 341 meeting? No. The Chapter 11 § 341 meeting is currently scheduled for July 21, 2022.

3. Has the debtor filed all post-petition financial reports? The Debtor is working on preparing a Form B 426.

4. Has the debtor filed all monthly operating reports? The first U.S. Trustee Monthly Operating Report covering June 17, 2022, through June 30, 2022, is not due to be filed with the Court until July 21, 2022.

5. Is all relevant insurance in place and current? Yes.

6. Has the debtor filed all applicable tax returns? Yes.

7. Has the debtor paid all taxes entitled to administrative expense priority? Yes.

8. Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

   A. Type of Plan. The Debtor intends to pursue the following type of plan in this case:

   \_\_\_ Consensual [§1191(a)]
   \_\_\_ Nonconsensual [§1191(b)]
   \_x\_ Undetermined

   B. Efforts to Formulate a Subchapter V Plan. The Debtor has had conversations with its Dish Network, LLC. However, the Debtor has not discussed specific plan treatment due to the ongoing dispute in the District Court.

   C. Communications with Parties in Interest. The Debtor has had discussions with the following parties in interest concerning the Debtor's proposed plan:

   \_\_x\_\_ Secured Creditors
   \_\_\_\_\_ Priority Claimants
   \_\_\_\_\_ Unsecured Creditors
   \_\_\_\_\_ Equity Interest Holders
   \_\_x\_\_ The Trustee
   \_\_\_\_\_ Others; Describe: _____

9. Other relevant information or Anticipated Issues.

   None at this time.

   **DATED** on this 13th day of July, 2022.

   BUDDY D. FORD, P.A.,

   /s/ Jonathan A. Semach
   Buddy D. Ford, Esquire (FBN: 0654711)
   Email: Buddy@tampaesq.com
   Jonathan A. Semach, Esquire (FBN: 0060071)
   Email: Jonathan@tampaesq.com
   Heather M. Reel, Esquire (FBN: 0100357)
   Email: Heather@tampaesq.com
   9301 West Hillsborough Avenue
   Tampa, Florida  33615-3008
   Telephone #: (813) 877-4669
   Office Email: All@tampaesq.com
   Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 13, 2022, a true and correct copy of the foregoing was served by electronic mail upon all currently registered users in this case by the Court's CM/ECF, and further served by U.S. Regular First Class Mail to:

Gaby Fraifer, PO Box 260998, Tampa, FL 33685

      /s/ Jonathan A. Semach
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com