UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,                                              Chapter 11

    Debtor.                                            Case No.: 8:22-bk-02423-MGW
_____/

**CREDITOR DISH NETWORK L.L.C.'S AGREED MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**

DISH NETWORK L.L.C. (the "Creditor") as creditor of GABY FRAIFER (the "Debtor"), through undersigned counsel, files this Agreed Motion for Extension of Time to File an Objection to the Debtor's Claimed Exemptions (the "Motion") seeking to extend the time to file objections to exemptions pursuant to Federal Rules of Bankruptcy Procedure 4003(b) and for a period of ninety (90) days. In support of the Motion, the Creditor respectfully state as follows:

1. On June 17, 2022, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code before this Court. [D.E. 1].

2. The First Meeting of Creditors ("341 Meeting") was held on July 21, 2022.

3. The current deadline to object to the Debtor's exemptions is August 19, 2022. *See* Fed. R. Bankr. P. 4003(b).

4. This Motion is timely filed.

5. The Creditor's counsel and Debtor have agreed to a ninety (90) day extension of the deadline for the Creditor to file an Objection to Exemptions of the Debtor, through and including November 17, 2022.

6. The Creditor has been diligently investigating the Debtor's assets and issued numerous documents-only Rule 2004 examinations to the debtor and third parties, including the various corporations and limited liability companies in which the debtor is a shareholder or member. The debtor and various third parties, including these entities, have requested extensions of time to respond to these requests (which Creditor has granted). Thus, documents have not yet been produced. These documents will inform whether or not Creditor has grounds to object to the debtor's claimed exemptions.

7. Creditor requires additional time to receive the documents from the Rule 2004 examinations issues and to review those documents. Moreover, the Creditor has ordered but has not yet received a copy of the transcript from the 341 Meeting.

8. Since the debtor has not yet proposed a plan, it is unclear if any of the property he claims exempt will be contributed to that plan.

9. Creditor's request for an extension of time is not an effort to unnecessarily delay this proceeding and will not prejudice any party.

10. Creditor's request for more time is without prejudice to seeking further extensions.

11. This is the Creditor's first request for an extension.

12. Accordingly, the Creditor respectfully requests that the Court enter an Order, pursuant to Federal Bankruptcy Rules of Procedure 4003(b) and 9006, extending the time to file objections to the Debtor's claimed exemptions for a period of ninety (90) days, extending the deadline to file such objections to November 17, 2022.

## CERTIFICATE OF COUNSEL

13. The Undersigned communicated with Counsel for the Debtor regarding the requested extension, and Counsel for the Debtor consents to an additional extension of the deadline to file the objection to Debtor's exemptions by ninety (90) days.

WHEREFORE, Creditor respectfully requests that the Court enter an order, in the form attached hereto as **Exhibit 1**, granting the relief requested herein and any further or other relief the Court deems just and proper.

Dated: August 11, 2022

Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: dcoyle@sequorlaw.com
E-mail: afinley@sequorlaw.com

By: */s/ Amanda E. Finley*
Daniel M. Coyle
Florida Bar No. 55576
Amanda E. Finley
Florida Bar No. 100225

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on August 11, 2022.

*/s/ Amanda E. Finley*
Amanda E. Finley

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Daniel M Coyle**    dcoyle@sequorlaw.com; ngonzalez@sequorlaw.com
- **Buddy D Ford**    Buddy@TampaEsq.com; Jonathan@tampaesq.com; Heather@tampaesq.com; Staci@tampaesq.com; Nicholle@tampaesq.com
- **Ruediger Mueller**    trustee@tcmius.com; crm11@trustesolutions.net
- **Nicole Peair**    Nicole.W.Peair@USdoj.gov
- **Jonathan A Semach**    jonathan@tampaesq.com; staci@tampaesq.com; heather@tampaesq.com; nicholle@tampaesq.com
- **United States Trustee - TPA**    USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice List**

- (No manual recipients)

***EXHIBIT "1"***

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,                                              Chapter 11

    Debtor.                                              Case No.: 8:22-bk-02423-MGW
_____/

**AGREED ORDER GRANTING FIRST AGREED MOTION FOR
EXTENSION OF TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS MATTER having come before the Court upon DISH NETWORK L.L.C.'s (the "Creditor") Agreed Motion for Extension of Time to Object to Debtor's Claimed Exemptions ("Motion") [D.E. __ ], and the Court, having reviewed the Motion, noting the agreement of the Debtor, and finding that cause exists to grant the requested extension, it is

1. The time for DISH NETWORK L.L.C. to object to Debtor's claimed exemptions is extended through and including November 17, 2022.

2. Nothing in this order shall preclude DISH NETWORK L.L.C. from seeking an additional extension of time to object to Debtor's claimed exemptions, should it so choose, and nothing in this order shall preclude Debtor opposing such relief, if Debtor so chooses.

###

Submitted by:

Amanda E. Finley
Florida Bar No. 100225
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: afinley@sequorlaw.com

Amanda E. Finley, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.