| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:22-bk-02423-MGW<br>Middle District of Florida<br>Tampa<br>Thu Sep 15 08:05:57 EDT 2022 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Chase Bank<br>111 Polaris Pkwy<br>Columbus, OH 43240 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | DISH Network LLC<br>c/o Amanda E. Finley, Esq.<br>SEQUOR LAW<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3123 | DISH Network LLC<br>c/o Daniel M. Coyle, Esq.<br>SEQUOR LAW<br>1111 Brickell Avenue, Suite 1250<br>Miami, FL 33131-3123 |
| Dineen Pashoukos Wasylik<br>PO Box 48323<br>Tampa, FL 33646-0120 | Dish Network LLC<br>c/o Sequor Law PA<br>1111 Brickell Dr., Ste. 1250<br>Miami, FL 33131-3123 | Faraj Freifer<br>3755 Blvd. Saint-Elzear O<br>Laval, QC Canada<br>H7P4K1 |
| JPMorgan Chase Bank, N.A.<br>c/o Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Mercedes-Benz Financial Services<br>Attn: Bankruptcy<br>Po Box 685<br>Roanoke, TX 76262-0685 |
| Safaa Sihom<br>10116 Enchanted Oaks Ct.<br>Tampa, FL 33615-1616 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synovus Bank<br>1111 Bay Avenue Ste. 500<br>Columbus, GA 31901-5269 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |