# Exhibit "A"

LIQUIDATION ANALYSIS

of

GABY FRAIFER
Case No.: 8:21-bk-3626-CPM

| ASSET(S) | LIEN(S) | FMV | LIQUIDATION VALUE[1] |
|---|---|---|---|
| Debtor-in-Possession account[2] | None | $2,000 | $2,000 |
| 4801 Longwater Way Tampa, Florida | None | $985,000 | Exempt |
| 2007 Lexus LS460 | None | $2,500 | Exempt |
| Household furnishings | None | $3,500 | $2,100 |
| Electronics | None | $300 | Exempt |
| Collectibles of value | None | $1,000 | $600 |
| Sports and Hobby equipment | None | $250 | $150 |
| Miscellaneous clothing | None | $100 | Exempt |
| Longines watch, wedding ring | None | $100 | Exempt |
| 100% interest in Planet Telecom, Inc. | None | $0 | $0 |
| 100% interest in Tele-Center, Inc. | None | $0 | $0 |
| 10% interest in Gulf Briases, LLC | Faraj Freifer $1,000,000 | Unknown | Unknown[3] |
| 10% interest in Fraifer Investment, LLC | Faraj Freifer $1,000,000 | $250,000 | $150,000[4] |
| 10% interest in GTLF Madeira, LLC | Faraj Freifer $1,000,000 | $135,000 | $81,000[5] |
| Possible Federal tax refund for 2021 | None | Unknown | Unknown |
| Fidelity 529 plans | None | $130,000 | Exempt |
| Potential claim against Dish Network, LLC | None | Unknown | Unknown |

---

[1] For non-cash items, the Liquidation Value is 60% of the total value.

[2] August 30, 2022.

[3] The Debtor anticipates that any funds generated by the liquidation of the Debtor's asset would be paid to Faraj Freifer. The Debtor does not believe any funds will remain for distribution to the Debtor's other creditors.

[4] The Debtor anticipates that any funds generated by the liquidation of the Debtor's asset would be paid to Faraj Freifer. The Debtor does not believe any funds will remain for distribution to the Debtor's other creditors.

[5] The Debtor anticipates that any funds generated by the liquidation of the Debtor's asset would be paid to Faraj Freifer. The Debtor does not believe any funds will remain for distribution to the Debtor's other creditors.