# Five Years Budget Projection (Income and Expenses)

| Income | Year 2023 | Year 2024 | Year 2025 | Year 2026 | Year 2027 |
|---|---|---|---|---|---|
| Net Salary | 10200 | 10200 | 10200 | 10200 | 10200 |
| Distribution From LLCs | 24000 | 24600 | 25215 | 25845 | 26492 |
| Help from Spouse Income | 216000 | 216000 | 216000 | 180000 | 180000 |
| **Total Income** | **250200** | **250800** | **251415** | **216045** | **216692** |
| **Expenses** | | | | | |
| Utilities (Elect., Water & Telecc | 14400 | 14760 | 15129 | 15507 | 15895 |
| Home Insurance | 9600 | 9840 | 10086 | 10338 | 10597 |
| HOA | 1380 | 1415 | 1450 | 1486 | 1523 |
| Home Maintenance & Repairs | 6000 | 6150 | 6304 | 6461 | 6623 |
| Housekeeping Cleaning & Serv | 12000 | 12300 | 12608 | 12923 | 13246 |
| Food, Grossery and Restaurant | 36000 | 36900 | 37823 | 38768 | 39737 |
| Clothing and other personal ne | 6000 | 6150 | 6304 | 6461 | 6623 |
| Car Mantenance & Gas & Tolls | 6000 | 6150 | 6304 | 6461 | 6623 |
| Educations (School & Colleges) | 120000 | 123000 | 126075 | 80000 | 80000 |
| Donations | 3600 | 3690 | 3782 | 3877 | 3974 |
| Others | 12000 | 12300 | 12608 | 12923 | 13246 |
| **Total Expenses** | **226980** | **232654.5** | **238471** | **195206** | **198086** |
| **Balance** | **$23,220.00** | **$ 18,145.50** | **$12,944.14** | **$20,839.62** | **$18,605.61** |