# EXHIBIT "C"
## PROMISSORY NOTE

$_____ (Pro Rata Share)                                       Tampa, Florida
                                                                                                                     (Quarterly)

      **FOR VALUE RECEIVED**, GABY FRAIFER, jointly and severally, if more than one or **its** successors or assigns **[the "Maker"]**, in the manner hereinafter specified, promises to pay _____ _____(Scheduled / Claim #____) **[the "Holder"]**, the principal sum of _____ and ____/100 Dollars ($____), without interest. The said principal shall be payable in lawful money of the United States of America, at _____ , or at such place as may hereafter be designated by written notice from the Holder to the maker hereof, on the date and in the manner following:

     (a)     Holder was scheduled a claim or filed its claim (Claim #__) in the amount of $_____ (the "Allowed Claim");

     (b)     This Note shall NOT bear interest;

     (c)     Commencing on_____, Holder shall be paid a pro rata share of its allowed claim from the Plan Fund in twenty (20) equal quarterly payments of $_____ until the Pro Rata Share has been paid in full.

     This Note shall be construed and enforced according to the laws of the State of Florida. **This Note may be prepaid at any time, in whole or in part without penalty.**

     In the event of any default under the terms of this Note, including, but not limited to, the failure of the makers hereof to make any payment of principal hereby required on or before the fifteenth (15) day following its due date, the Holder of this note may only attempt to collect on the currently due and unpaid missed payments. The Holder may not call the entire unpaid balance due.

     Each person liable hereon whether maker or endorser, hereby waives presentment, protest, notice, notice of protest and notice of dishonor and agrees to pay all costs, including a reasonable attorney's fee, whether suit be brought or not, if after maturity of this Note or default hereunder, local counsel shall be employed to collect this Note or to protect the security of said assignment.

     Whenever used herein, the terms "holder", "maker", and "payee" shall be construed in the singular or plural as the context may require or admit.

     The parties to this instrument, by their signature below or acceptance of the Note and consents to the personal jurisdiction of Florida.

Maker's Address:                             Dated: _____

4801 Longwater Way
Tampa, FL 33615-4216

                                                    By:_____
                                                        Gaby Fraifer