**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 21, 2022 through August 17, 2022
Account Number: **3380**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00023123 DRE 021 141 23022 NNNNNNNNNNN T 1 000000000 13 0000
GABY FRAIFER
DEBTOR IN POSSESSION CASE 22-02423
4801 LONGWATER WAY
TAMPA FL 33615-4216

## CHECKING SUMMARY
Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$0.00** |
| Deposits and Additions | 2,000.00 |
| Ending Balance | **$2,000.00** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $0.00 |
| 07/25 | Remote Online Deposit | 1 | 2,000.00 | 2,000.00 |
| | Ending Balance | | | $2,000.00 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your balance at the beginning of each day was $0.00)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $1,642.85)