**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                                                  Chapter 11

GABY FRAIFER,                                                                    Case No.: 8:22-bk-02423-MGW

      Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbons, United States Courthouse, 801 N. Florida Avenue, Suite #555, Tampa, FL 33602 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

**COMES NOW** BUDDY D. FORD, P.A., and files this its Motion to Withdraw as Counsel for the Debtor in the above-styled proceeding, and in support thereof states as follows:

1. Irreconcilable differences have arisen between the Debtor and Debtor's counsel, as a result of which, it is inappropriate for Buddy D. Ford, P.A. to continue to represent the Debtor in this case.

2. More specifically, the Debtor has indicated to Buddy D. Ford, P.A. that he is in the process of seeking and retaining new counsel to represent him in this matter.

3.  This motion is filed in good faith, for the reason set forth herein and not for the purpose of creating any delay in these proceedings. No party will be prejudiced by the granting of this Motion.

**WHEREFORE**, BUDDY D. FORD, P.A. hereby requests this Honorable Court allow it to withdraw as counsel for the Debtor in this proceeding; be relieved from any further duties in this case; and for such and further relief as this Court shall deem appropriate.

**RESPECTFULLY SUBMITTED**, on this 21st day of September, 2022.

BUDDY D. FORD, P.A.,

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of September, 2022, true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF and, by U.S. Mail to:

Gaby Fraifer, 4801 Longwater Way, Tampa, FL 33615-4216

Matrix

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com