# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

www.flmb.uscourts.gov

**In Re:**                                              **Case No.: 8:22-BK-02423-MGW**

**GABY FRAIFER,**

                                                                       **Chapter 11**

**Debtor,**

_____/

## DISCLOSURE OF POST-PETITION COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept ................................. | $ _____ |
   | Prior to the filing of this statement I have received ..................... | $ _____ |
   | Balance Due ................................................................................. | $ _____ |

   ☒ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of............................................................................................... | $ **10,000** |
   | The undersigned shall bill against the retainer at an hourly rate of ................................................................................................ | $ **425.00** |

   Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **N/A** of the filing fee has been advanced to me by Debtor.

3. The source of the compensation paid to me was:

         Debtor and debtor's spouse.

4. The source of compensation to be paid to me is:

         ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      Post-petition services involving creditor and adversary proceeding.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

                    *Samantha L. Dammer*_____
                    SAMANTHA L. DAMMER, ESQUIRE
                    Florida Bar No.: 0036953
                    Bleakley Bavol Denman & Grace
                    15316 North Florida Avenue
                    Tampa, FL 33613
                    Ph: (813) 221-3759
                    sdammer@bbdglaw.com