UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,                                             Chapter 11

    Debtor.                                              Case No.: 8:22-bk-02423-MGW
_____/

### CREDITOR DISH NETWORK L.L.C.'S [AGREED] SECOND MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

DISH NETWORK L.L.C. (the "Creditor") as creditor of GABY FRAIFER (the "Debtor"), through undersigned counsel, files this [Agreed] Motion for Extension of Time to File an Objection to the Debtor's Claimed Exemptions (the "Motion") seeking to extend the time to file objections to exemptions pursuant to Federal Rules of Bankruptcy Procedure 4003(b) and for a period of ninety (90) days. In support of the Motion, the Creditor respectfully state as follows:

1. On June 17, 2022, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code before this Court. [D.E. 1].

2. The First Meeting of Creditors ("341 Meeting") was held on July 21, 2022.

3. The initial deadline to object to the Debtor's exemptions was August 19, 2022. *See* Fed. R. Bankr. P. 4003(b).

4. On August 19, 2022, the Court granted the parties' First Agreed Motion for Extension of Time to Object to Debtor's Claimed Exemptions. [D.E. 136]. The current deadline to object to the Debtor's exemptions is November 17, 2022. *Id.*

5. This Motion is timely filed.

6. The Creditor's counsel and Debtor have agreed to an additional 30 day extension of the deadline for the Creditor to file an Objection to Exemptions of the Debtor, through and including December 17, 2022.

7. The Creditor has been diligently investigating the Debtor's assets and issued numerous subpoenas. In particular, the Creditor has been searching for information on the Debtor's 529 College Savings Plan account, which evidence suggests is maintained by Fidelity. The Creditor has subpoenaed multiple Fidelity entities, yet none has provided any information about the 529 account and each claims that it is not the correct entity to subpoena.

8. The Creditor also issued a documents-only Rule 2004 to the Debtor for the same documentation regarding the source and date of the funding of the 529 account. But the Debtor has not produced any documents showing the time and origin of the funds in the 529 account, nor sufficient information to determine the location of the account.

9. Without this information, the Creditor cannot determine whether or not there is a basis to object to the Debtor's claimed exemption for the 529 account.

10. Creditor's request for an extension of time is not an effort to unnecessarily delay this proceeding and will not prejudice any party.

11. Creditor's request for more time is without prejudice to seeking further extensions.

12. This is the Creditor's first request for an extension.

13. Accordingly, the Creditor respectfully requests that the Court enter an Order, pursuant to Federal Bankruptcy Rules of Procedure 4003(b) and 9006, extending the time to file objections to the Debtor's claimed exemptions for a period of thirty (30) days, extending the deadline to file such objections to and including December 17 2022.

## CERTIFICATE OF COUNSEL

14. The Undersigned communicated with Counsel for the Debtor regarding the requested extension, and Counsel for the Debtor consents to an additional extension of the deadline to file the objection to Debtor's exemptions by thirty (30) days.

WHEREFORE, Creditor respectfully requests that the Court enter an order, in the form attached hereto as **Exhibit 1**, granting the relief requested herein and any further or other relief the Court deems just and proper.

Dated: November 15, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SEQUOR LAW, P.A.
　　　　　　　　　　　　　　　　　　　1111 Brickell Avenue, Suite 1250
　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　Telephone: 305-372-8282
　　　　　　　　　　　　　　　　　　　Facsimile: 305-372-8202
　　　　　　　　　　　　　　　　　　　E-Mail: dcoyle@sequorlaw.com

　　　　　　　　　　　　　　　　By:　*/s/ Daniel M. Coyle*
　　　　　　　　　　　　　　　　　　　Daniel M. Coyle
　　　　　　　　　　　　　　　　　　　Florida Bar No. 55576

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on November 15, 2022.

　　　　　　　　　　　　　　　　　　　*/s/ Daniel M. Coyle*
　　　　　　　　　　　　　　　　　　　Daniel M. Coyle

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Samantha L Dammer**    sdammer@bbdglaw.com; lsmiler@bbdglaw.com
- **Buddy D Ford**    Buddy@TampaEsq.com; Jonathan@tampaesq.com; Heather@tampaesq.com; Staci@tampaesq.com; Nicholle@tampaesq.com
- **Ruediger Mueller**    trustee@tcmius.com; crm11@trustesolutions.net
- **Nicole Peair**    Nicole.W.Peair@USdoj.gov
- **Jonathan A Semach**    jonathan@tampaesq.com; staci@tampaesq.com; heather@tampaesq.com; nicholle@tampaesq.com
- **United States Trustee - TPA**    USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice List**

- (No manual recipients)

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,                                      Chapter 11

    Debtor.                                    Case No.: 8:22-bk-02423-MGW
_____/

**[PROPOSED] [AGREED] ORDER GRANTING SECOND [AGREED] MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS MATTER having come before the Court upon DISH NETWORK L.L.C.'s (the "Creditor") [Agreed] Motion for Extension of Time to Object to Debtor's Claimed Exemptions ("Motion") [D.E. __ ], and the Court, having reviewed the Motion, noting the agreement of the Debtor, and finding that cause exists to grant the requested extension, it is ORDERED:

1. The time for DISH NETWORK L.L.C. to object to Debtor's claimed exemptions is extended through and including December 17, 2022.

2. Nothing in this order shall preclude DISH NETWORK L.L.C. from seeking an additional extension of time to object to Debtor's claimed exemptions, should it so choose, and nothing in this order shall preclude Debtor opposing such relief, if Debtor so chooses.

###

Submitted by:

Daniel M. Coyle
Florida Bar No. 100225
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: dcoyle@sequorlaw.com

Daniel M. Coyle, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.