UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,

                  Chapter 11

    Debtor.               Case No.: 8:22-bk-02423-MGW

### RESPONSE TO DISH NETWORK, L.L.C.'S OBJECTION TO CONFIRMATION OF PROPOSED PLAN (D.E. 141)

Debtor GABY FRAIFER, by and through his undersigned attorney, hereby responds to DISH NETWORK LLC OBJECTION TO CONFIRMAITON OF PROPOSED PLAN (Doc. 154), and in support thereof the Debtor states as follows:

1. Debtor denies the allegations as contained in Paragraph 1.

2. Debtor denies the allegations as contained in Paragraph 2.

3. Debtor admits the allegations as contained in Paragraph 3.

4. Debtor admits the allegations as contained in Paragraph 4.

5. Debtor denies the allegations as contained in Paragraph 5.

6. Debtor admits the allegations as contained in Paragraph 6 but emphasizes that the proof of claim amount includes attorney fees which are in dispute. The original judgment amount is $600,000

7. Debtor admits the allegations as contained in Paragraph 7.

8. Debtor admits the allegations as contained in Paragraph 8.

9. Debtor denies the allegations as contained in Paragraph 9.

10. Debtor denies the allegations as contained in Paragraph 10.

11. Debtor denies the allegations as contained in Paragraph 11.

12. Debtor denies the allegations as contained in Paragraph 12.

13. Debtor denies the allegations as contained in Paragraph 13.

14. Debtor denies the allegations as contained in Paragraph 14.

15. Debtor admits the allegations as contained in Paragraph 15.

16. Debtor denies the allegations as contained in Paragraph 16.

17. Debtor denies the allegations as contained in Paragraph 18.

18. Debtor denies the allegations as contained in Paragraph 17.

19. Debtor admits the allegations as contained in Paragraph 19.

20. Debtor denies the allegations as contained in Paragraph 20.

21. Debtor denies the allegations as contained in Paragraph 21.

22. Debtor admits the allegations as contained in Paragraph 22.

23. Debtor denies the allegations as contained in Paragraph 23.

24. Debtor denies the allegations as contained in Paragraph 24.

25. Debtor denies the allegations as contained in Paragraph 25.

26. Debtor admits the allegations as contained in Paragraph 25.

27. Debtor denies the allegations as contained in Paragraph 27.

28. Debtor denies the allegations as contained in Paragraph 28.

29. Debtor admits the allegations as contained in Paragraph 29.

30. Debtor denies the allegations as contained in Paragraph 30.

31. Debtor denies the allegations as contained in Paragraph 31.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order denying the Motion and for such other and further relief as is just.

Respectfully submitted,

*/s/ Samantha L. Dammer*_____
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served on this 21st day of November 2022, on all parties receiving ECF e-service.

*/s/ Samantha L. Dammer*_____
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com