UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,

                Chapter 11

    Debtor.             Case No.: 8:22-bk-02423-MGW

## RESPONSE TO MOTION TO DISMISS, CONVERT OR REMOVE DEBTOR IN POSSESSION

Debtor GABY FRAIFER, by and through his undersigned attorney, hereby responds to the Motion to Dismiss, Convert or Remove Debtor in Possession filed by DISH NETWORK LLC (Doc. 155), and in support thereof the Debtor states as follows:

1. Debtor admits the allegations as contained in Paragraph 1 and adds that Debtor has a pending motion for reconsideration of said judgment.

2. Debtor admits the allegations as contained in Paragraph 2.

3. Debtor admits the allegations as contained in Paragraph 3.

4. Debtor admits the allegations as contained in Paragraph 4.

5. Debtor denies the allegations as contained in Paragraph 5.

6. Debtor denies the allegations as contained in Paragraph 6 as it mischaracterizes the source and nature of the payments. In fact the entire motion alludes to Debtor's expenses, most of which are household expenses being paid by Debtor's non-filing spouse who has her own separate income.

7. Debtor denies the allegations as contained in Paragraph 7.

8. Debtor denies the allegations as contained in Paragraph 8.

9. Debtor denies the allegations as contained in Paragraph 9.

10. Debtor denies the allegations as contained in Paragraph 10.

11. Debtor admits the allegations as contained in Paragraph 11.

12. Debtor admits the allegations as contained in Paragraph 12.

13. Debtor admits the allegations as contained in Paragraph 13.

14. Debtor admits the allegations as contained in Paragraph 14.

15. Debtor admits the allegations as contained in Paragraph 15.

16. Debtor admits the allegations as contained in Paragraph 16.

17. Debtor denies the allegations as contained in Paragraph 17.

18. Debtor admits the allegations as contained in Paragraph 18.

19. Debtor denies the allegations as contained in Paragraph 19.

20. Debtor admits the allegations as contained in Paragraph 20.

21. Debtor denies the allegations as contained in Paragraph 21 and states that he has provided over 1,000 pages of documents so far, and that DISH Network, LLC has issued over a dozen subpoenas to various entities for additional discovery documentation.

22. Debtor denies the allegations as contained in Paragraph 22.

23. Debtor denies the allegations as contained in Paragraph 23.

24. Debtor admits the allegations as contained in Paragraph 24.

25. Debtor admits the allegations as contained in Paragraph 25.

26. Debtor admits the allegations as contained in Paragraph 26.

27. Debtor denies the allegations as contained in Paragraph 27 as the proof of claim amount includes attorney fees which are in dispute. The original judgment amount is $600,000

28. Debtor admits the allegations as contained in Paragraph 28.

29. Debtor denies the allegations as contained in Paragraph 29.

30. Debtor admits the allegations as contained in Paragraph 30.

31. Debtor admits the allegations as contained in Paragraph 31.

32. Debtor admits the allegations as contained in Paragraph 32.

33. Debtor denies the allegations as contained in Paragraph 33 as the Debtor has never said that he would not receive a salary in the future, and it is further re-emphasized that the educational expenses of the Debtor's children are being paid by Debtor's non-filing spouse.

## ARGUMENT

34. Debtor denies the allegations as contained in Paragraph 34.

35. Debtor denies the allegations as contained in Paragraph 35.

36. Debtor denies the allegations as contained in Paragraph 36 as Debtor has been more than cooperative and transparent in providing documents to creditor.

37. Debtor admits the allegations as contained in Paragraph 37.

38. Debtor admits the allegations as contained in Paragraph 38.

39. Debtor admits the allegations as contained in Paragraph 39.

40. Debtor denies the allegations as contained in Paragraph 40.

41. Debtor denies the allegations as contained in Paragraph 41.

42. Debtor admits the allegations as contained in Paragraph 42.

43. Debtor admits the allegations as contained in Paragraph 43.

44. Debtor denies the allegations as contained in Paragraph 44.

45. Debtor denies the allegations as contained in Paragraph 45.

46. Debtor denies the allegations as contained in Paragraph 46.

47. Debtor denies the allegations as contained in Paragraph 47.

48. Debtor denies the allegations as contained in Paragraph 48.

49. Debtor denies the allegations as contained in Paragraph 49.

50. Debtor denies the allegations as contained in Paragraph 50.

51. Debtor admits the allegations as contained in Paragraph 51.

52. Debtor denies the allegations as contained in Paragraph 52.

53. Debtor denies the allegations as contained in Paragraph 53.

54. Debtor admits the allegations as contained in Paragraph 54.

55. Debtor denies the allegations as contained in Paragraph 55.

56. Debtor admits the allegations as contained in Paragraph 56.

57. Debtor admits the allegations as contained in Paragraph 57.

58. Debtor denies the allegations as contained in Paragraph 58.

59. Debtor denies the allegations as contained in Paragraph 59.

60. Debtor denies the allegations as contained in Paragraph 60.

61. Debtor denies the allegations as contained in Paragraph 61.

62. Debtor admits the allegations as contained in Paragraph 62.

63. Debtor denies the allegations as contained in Paragraph 63.

64. Debtor denies the allegations as contained in Paragraph 64.

65. Debtor denies the allegations as contained in Paragraph 65.

66. Debtor denies the allegations as contained in Paragraph 66.

67. Debtor denies the allegations as contained in Paragraph 67.

68. Debtor denies the allegations as contained in Paragraph 68.

69. Debtor denies the allegations as contained in Paragraph 69.

70. Debtor denies the allegations as contained in Paragraph 70.

71. Debtor denies the allegations as contained in Paragraph 71.

72. Debtor denies the allegations as contained in Paragraph 72.

73. Debtor denies the allegations as contained in Paragraph 73.

74. Debtor denies the allegations as contained in Paragraph 74.

75. Debtor denies the allegations as contained in Paragraph 75.

76. Debtor denies the allegations as contained in Paragraph 76.

77. Debtor admits the allegations as contained in Paragraph 77.

78. Debtor denies the allegations as contained in Paragraph 78.

79. Debtor denies the allegations as contained in Paragraph 79.

80. Debtor denies the allegations as contained in Paragraph 80.

81. Debtor denies the allegations as contained in Paragraph 81.

82. Debtor denies the allegations as contained in Paragraph 82.

83. Debtor denies the allegations as contained in Paragraph 83.

84. Debtor denies the allegations as contained in Paragraph 84.

85. Debtor admits the allegations as contained in Paragraph 85.

86. Debtor admits the allegations as contained in Paragraph 86.

88. Debtor admits the allegations as contained in Paragraph 88.

89. Debtor admits the allegations as contained in Paragraph 89.

90. Debtor denies the allegations as contained in Paragraph 90.

91. Debtor denies the allegations as contained in Paragraph 91.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order denying the Motion and for such other and further relief as is just.

Respectfully submitted,

*/s/ Samantha L. Dammer*
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served on this 21st day of November 2022, on all parties receiving ECF e-service.

*/s/ Samantha L. Dammer*
Samantha L. Dammer
Florida Bar No.: 0036953
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Ph: (813) 221-3759
Facsimile: (813) 221-3198
SDammer@bbdglaw.com