UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,      Chapter 11

   Debtor.      Case No.: 8:22-bk-02423-MGW

_____

**CREDITOR DISH NETWORK L.L.C.'S**
**AGREED MOTION TO CONTINUE TRIAL**

DISH NETWORK L.L.C. (the "Creditor") as creditor of GABY FRAIFER (the "Debtor"), through undersigned counsel, files this Agreed Motion to Continue Trial (the "Motion") seeking to continue the trial set in this matter to the Court's March or April 2023 calendar, and states as follows:

1. On June 17, 2022, the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code before this Court. (D.E. 1).

2. The Debtor filed his Plan of Reorganization (D.E. 141).

3. The Creditor filed its Objection to Confirmation of Proposed Plan (D.E. 154) of the Plan and also filed a Motion to Dismiss, Convert, or Remove the Debtor in Possession (D.E. 155).

4. The Debtor filed responses to the filings by the Creditor (D.E. 172 and 173).

5. The Court entered the Order Scheduling Trial (D.E. 183) and set the trial for February 15, 2023, in person.

6. In the interim, Debtor and the Creditor agreed to a date for deposition of the Debtor on January 18, 2023, in advance of the trial. The Creditor also sought to depose Debtor's spouse and adult children later the same week.

7. The Creditor's counsel resides in Miami and has a minor child. Counsel's spouse had a pre-arranged business trip out of the country for February 13 – 27, 2023, and Creditor's counsel has been unable to arrange child-care. Debtor's counsel also requested more time to review certain documents in advance of the deposition of the Debtor. Last, Debtor's spouse and adult children have retained counsel, and their counsel seeks more time to prepare for the depositions.

8. Based upon the same, the Creditor's counsel and the Debtor's counsel have agreed to a continuance of the trial to the Court's March calendar. If the Court does not have a date available in mid-March, the parties are also agreeable to a date in April.

9. This Motion is timely filed.

10. Accordingly, the Creditor respectfully requests that the Court enter an Order, pursuant to Federal Bankruptcy Rules of Procedure 9006, continuing the trial to a date in March or April.

## CERTIFICATE OF COUNSEL

11. The Undersigned communicated with Counsel for the Debtor regarding the requested continuance, and Counsel for the Debtor consents to the same.

WHEREFORE, Creditor respectfully requests that the Court enter an order, in the form attached hereto as **Exhibit 1**, granting the relief requested herein and any further or other relief the Court deems just and proper.

Dated: January 17, 2023                              Respectfully submitted,

SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: dcoyle@sequorlaw.com

By:  */s/ Daniel M. Coyle*
     Daniel M. Coyle
     Florida Bar No. 55576

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case as indicated on the service list on January 17, 2023.

*/s/ Daniel M. Coyle*
Daniel M. Coyle

## **SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Samantha L Dammer**  sdammer@bbdglaw.com; lsmiler@bbdglaw.com
- **Buddy D Ford**  Buddy@TampaEsq.com; Jonathan@tampaesq.com; Heather@tampaesq.com; Staci@tampaesq.com; Nicholle@tampaesq.com
- **Ruediger Mueller**  trustee@tcmius.com; crm11@trustesolutions.net
- **Nicole Peair**  Nicole.W.Peair@USdoj.gov
- **Jonathan A Semach**  jonathan@tampaesq.com; staci@tampaesq.com; heather@tampaesq.com; nicholle@tampaesq.com
- **United States Trustee - TPA**  USTPRegion21.TP.ECF@USDOJ.GOV

**Manual Notice List**

- (No manual recipients)

*EXHIBIT "1"*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

GABY FRAIFER,                                                           Chapter 11

    Debtor.                                                              Case No.: 8:22-bk-02423-MGW
_____/

**[PROPOSED] [AGREED] ORDER GRANTING THIRD [AGREED] MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS MATTER having come before the Court upon DISH NETWORK L.L.C.'s (the "Creditor") [Agreed] Third Motion for Extension of Time to Object to Debtor's Claimed Exemptions ("Motion") [D.E. __], and the Court, having reviewed the Motion, noting the agreement of the Debtor, and finding that cause exists to grant the requested extension, it is ORDERED:

1. The time for DISH NETWORK L.L.C.to object to Debtor's claimed exemptions is extended through and including January 16, 2023.

2. Nothing in this order shall preclude DISH NETWORK L.L.C. from seeking an additional extension of time to object to Debtor's claimed exemptions, should it so choose, and nothing in this order shall preclude Debtor opposing such relief, if Debtor so chooses.

###

Submitted by:

Daniel M. Coyle
Florida Bar No. 100225
SEQUOR LAW, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
E-Mail: dcoyle@sequorlaw.com

Daniel M. Coyle, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.