# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

www.flmb.uscourts.gov

In re:                                                  Case No. 8:22-bk-02423-CED

Gaby Fraifer,

      Debtor.                                             Chapter 11

_____/

## UNITED STATES TRUSTEE'S EXHIBIT LIST FOR
## TRIAL ON CONFIRMATION OF PLAN
## HELD ON MAY 2, 2023 AT 9:30 A.M.

| Exhibit No. | Document Description | Identified | Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Subchapter V Trustee's Historical and Future Analysis of all of Debtor's Businesses and the Related Assumptions | | | |
| 2. | Subchapter V Trustee's Analysis of Potential Funds Available to Creditors Utilizing His Business Analysis (Exhibit 1) and Debtor's Plan Budget | | | |
| 3. | Subchapter V Trustee's Settlement Proposal regarding Reductions in Debtor's Budget and the Related Assumptions | | | |

Dated: April 26, 2023

                                          Respectfully submitted,

                                          **MARY IDA TOWNSON**
                                          **UNITED STATES TRUSTEE**
                                          Region 21

                        By:      /s/ Nicole Peair
                                Trial Attorney
                                Office of the United States Trustee
                                501 E. Polk Street, Suite 1200
                                Tampa, Florida 33602
                                (813) 228-2000 / fax (813) 228-2303
                                Nicole.w.peair@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail upon all currently registered users in this case by the Court's CM/ECF system on April 26, 2023.

                                             /s/ Nicole Peair