# EXHIBIT IDENTIFICATION TAG

PARTY
SUBMITTING: Subchapter V Trustee   EX. # 1

FOR I.D. ☐   OR EVIDENCE ☐   (ck. one)

DEBTOR: Gaby Fraifer

CASE NO: 8:22-bk-02423-CED

ADV. NO:

NATURE OF
PROCEEDING: Confirmation of Plan

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

This 2nd day of May, 2023

By: _____, Deputy Clerk

## Assumptions

- Depreciation and Amortization are ignored for the purpose of this analysis as they are non-cash items.

### Fraifer Investments

- Revenue will increase 3%/Year based on 2022 as stated by Mr. Fraifer.
- Building is under long term triple net lease, there will be no commissions over the life of the plan.
- Insurance and Taxes are assumed to increase 4% year over year, well below current inflation of >6%, other expenses are held constant.

### GTLF Madeira

- The company holds a buyer's note from the sale of land in 2020 and has no other activity.
- The note becomes due at the end of 2023. Thereafter it will either be paid off at that time or buyer and seller may negotiate renewal of the note. Each scenario is shown in a different tab.
- The pay-off amount of the note is $ 1,350,000.00 as per Mr. Fraifer.
- Under the note renewal scenario, annual revenue is assumed to be $ 230,619.50, based on a $ 1,350,000.00 note (the pay-off amount at the end of 2023 provided by Mr. Fraifer) fixed at 5.00% for 15 years. The rate of 5.00% is slightly below average current commercial mortgage rates. Under this scenario the remaining principal at the end of the plan would be $ 1,081,598.02.
- Under the pay-off scenario, the company will have a cash event of $ 1,350,000.00 at the end of 2023. As per our video conference it is assumed that that money is reinvested in another property. The specific assumptions are:
  - Cash received from pay-off is not shown in the spreadsheet as it is assumed it will be re-invested as per comments from Mr. Fraifer during the video conference.
  - A six-month transition period is assumed until the funds are re-invested and returns are earned, meaning an ROI on that investment is earned for only the last six months in 2024.
  - Total transaction costs are assumed to be $ 50,000.00, just under 4%, leaving an investment of $ 1,300,000.00.
  - An ROI of 8% on the investment is assumed, which is 1% below 9.5% rate shown in the S&P index for commercial real estate.

### Gulf Brisas

- Rental income is assumed to increase 3% year over year, in line with the lease contract of Fraifer Investments.
- 2023 rental income is increased by $ 60,000.00, assuming that the two currently empty units can be rented for the last six months of the year based on $ 10,000.00 income/month for both units combined. Rental income thereafter is assumed to be $ 10,000.00/month plus a 3% increase each year in line with the lease contract of Fraifer Investments.
- Commissions in 2023 are assumed to be equal to 2022, given that two units have yet to be rented. They are reduced to 0% thereafter, assuming all rental contracts are at least as long as the plan.

- Auto and office expenses are held constant over the life of the plan.
- All other expenses are assumed to increase 4% year over year, well below current inflation of >6%.

000003    22-02423-CED Fraifer - Sub V Trustee Trial Exhibits

| | 2019 | | | | 2020 | | | | 2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
| Income | | | | | | | | | | | | |
| Revenue | $0.00 | $14,945.00 | $183,292.00 | $198,237.00 | $162,871.00 | | $143,571.00 | $306,442.00 | $233,432.00 | $67,500.00 | $140,214.00 | $441,146.00 |
| Capital Gains | | | | $0.00 | | $281,765.00 | | $281,765.00 | | | | $0.00 |
| Total | $0.00 | $14,945.00 | $183,292.00 | $198,237.00 | $162,871.00 | $281,765.00 | $143,571.00 | $588,207.00 | $233,432.00 | $67,500.00 | $140,214.00 | $441,146.00 |
| Expenses | | | | | | | | | | | | |
| Commission | | | | $0.00 | $5,000.00 | $72,000.00 | $6,520.00 | $83,520.00 | $24,829.00 | | $3,620.00 | $28,449.00 |
| Auto/Travel | | | | $0.00 | $7,961.00 | | $8,546.00 | $16,507.00 | $8,436.00 | | $7,748.00 | $16,184.00 |
| Cleaning | | | $10,067.00 | $10,067.00 | | | $6,460.00 | $6,460.00 | $500.00 | | $5,992.00 | $6,492.00 |
| Insurance (Health, Car, etc.) | | $6,580.00 | | $6,580.00 | $16,847.00 | | $4,514.00 | $21,361.00 | $11,055.00 | | $13,055.00 | $24,110.00 |
| Legal/Professionals | | | | $0.00 | $2,118.00 | $5,073.00 | $12,420.00 | $19,611.00 | $8,004.00 | $6,746.00 | $1,640.00 | $16,390.00 |
| Maintenance/Repairs | | | | $0.00 | $1,500.00 | $921.00 | | $2,421.00 | | $18,165.00 | | $18,165.00 |
| Taxes | $18,655.00 | $23,450.00 | $16,704.00 | $58,809.00 | $19,297.00 | $8,575.00 | $16,795.00 | $44,667.00 | $19,773.00 | $8,670.00 | $16,732.00 | $45,175.00 |
| Office/Utilities | | | $11,154.00 | $11,154.00 | $11,182.00 | $15,434.00 | $8,577.00 | $35,193.00 | $19,653.00 | | $12,158.00 | $31,811.00 |
| Bank Fees | | | | | | | | | | | | $0.00 |
| Depreciation/Amortization | $26,924.00 | | $79,749.00 | $106,673.00 | $60,912.00 | | $79,746.00 | $140,658.00 | $94,900.00 | | $91,547.00 | $186,447.00 |
| Total | $45,579.00 | $30,030.00 | $117,674.00 | $193,283.00 | $124,817.00 | $102,003.00 | $143,578.00 | $370,398.00 | $187,150.00 | $33,581.00 | $152,492.00 | $373,223.00 |
| Expenses Minus Dep./Amort. | $18,655.00 | $30,030.00 | $37,925.00 | $86,610.00 | $63,905.00 | $102,003.00 | $63,832.00 | $229,740.00 | $92,250.00 | $33,581.00 | $60,945.00 | $186,776.00 |
| Net Income After Cash Expenses | ($18,655.00) | ($15,085.00) | $145,367.00 | $111,627.00 | $98,966.00 | $179,762.00 | $79,739.00 | $358,467.00 | $141,182.00 | $33,919.00 | $79,269.00 | $254,370.00 |

| | 2022 | | | | 2023 | | | | 2024 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
| Income | | | | | | | | | | | | |
| Revenue | $217,381.00 | $81,600.00 | $160,240.00 | $459,221.00 | $223,902.43 | $81,600.00 | $225,047.20 | $530,549.63 | $230,619.50 | 230,619.50 | $291,798.62 | $753,037.62 |
| Capital Gains | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $217,381.00 | $81,600.00 | $160,240.00 | $459,221.00 | $223,902.43 | $81,600.00 | $225,047.20 | $530,549.63 | $230,619.50 | $230,619.50 | $291,798.62 | $753,037.62 |
| Expenses | | | | | | | | | | | | |
| Commission | $27,500.00 | | $3,320.00 | $30,820.00 | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 |
| Auto/Travel | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 |
| Cleaning | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Insurance (Health, Car, etc.) | $24,947.00 | | $13,742.00 | $38,689.00 | $25,944.88 | | $14,291.68 | $40,236.56 | $26,982.68 | | $14,863.35 | $41,846.02 |
| Legal/Professionals | | $3,144.00 | $22,000.00 | $25,144.00 | | | $22,880.00 | $22,880.00 | | | $23,795.20 | $23,795.20 |
| Maintenance/Repairs | | | $4,588.00 | $4,588.00 | | | $4,771.52 | $4,771.52 | | | $4,962.38 | $4,962.38 |
| Taxes | $33,427.00 | | $24,795.00 | $58,222.00 | $34,764.08 | | $25,786.80 | $60,550.88 | $36,154.64 | | $26,818.27 | $62,972.92 |
| Office/Utilities | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 |
| Bank Fees | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Depreciation/Amortization | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $98,119.00 | $3,144.00 | $83,945.00 | $185,208.00 | $72,953.96 | $0.00 | $86,550.00 | $159,503.96 | $75,382.32 | $0.00 | $89,259.20 | $164,641.52 |
| Expenses Minus Dep./Amort. | $98,119.00 | $3,144.00 | $83,945.00 | $185,208.00 | $72,953.96 | $0.00 | $86,550.00 | $159,503.96 | $75,382.32 | $0.00 | $89,259.20 | $164,641.52 |
| Net Income After Cash Expenses | $119,262.00 | $78,456.00 | $76,295.00 | $274,013.00 | $150,948.47 | $81,600.00 | $138,497.20 | $371,045.67 | $155,237.18 | $230,619.50 | $202,539.42 | $588,396.10 |

| | 2025 | | | | 2026 | | | | 2027 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
| Income | | | | | | | | | | | | |
| Revenue | $237,538.09 | 230,619.50 | $362,352.57 | $830,510.16 | $244,664.23 | 230,619.50 | $373,223.15 | $848,506.88 | $252,004.16 | 230,619.50 | $384,419.85 | $867,043.50 |
| Capital Gains | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $237,538.09 | $230,619.50 | $362,352.57 | $830,510.16 | $244,664.23 | $230,619.50 | $373,223.15 | $848,506.88 | $252,004.16 | $230,619.50 | $384,419.85 | $867,043.50 |
| Expenses | | | | | | | | | | | | |
| Commission | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 |
| Auto/Travel | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 |
| Cleaning | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Insurance (Health, Car, etc.) | $28,061.98 | | $15,457.88 | $43,519.86 | $29,184.46 | | $16,076.20 | $45,260.66 | $30,351.84 | | $16,719.24 | $47,071.08 |
| Legal/Professionals | | | $24,747.01 | $24,747.01 | | | $25,736.89 | $25,736.89 | | | $26,766.36 | $26,766.36 |
| Maintenance/Repairs | | | $5,160.88 | $5,160.88 | | | $5,367.31 | $5,367.31 | | | $5,582.00 | $5,582.00 |
| Taxes | $37,600.83 | | $27,891.00 | $65,491.83 | $39,104.86 | | $29,006.64 | $68,111.51 | $40,669.06 | | $30,166.91 | $70,835.97 |
| Office/Utilities | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 |
| Bank Fees | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Depreciation/Amortization | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $77,907.81 | $0.00 | $92,076.77 | $169,984.58 | $80,534.32 | $0.00 | $95,007.04 | $175,541.36 | $83,265.90 | $0.00 | $98,054.52 | $181,320.42 |
| Expenses Minus Dep./Amort. | $77,907.81 | $0.00 | $92,076.77 | $169,984.58 | $80,534.32 | $0.00 | $95,007.04 | $175,541.36 | $83,265.90 | $0.00 | $98,054.52 | $181,320.42 |
| Net Income After Cash Expenses | $159,630.28 | $230,619.50 | $270,275.81 | $660,525.58 | $164,129.91 | $230,619.50 | $278,216.11 | $672,965.52 | $168,738.26 | $230,619.50 | $286,365.33 | $685,723.09 |

### 2019 / 2020 / 2021

| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Revenue | $0.00 | $14,945.00 | $183,292.00 | $198,237.00 | $162,871.00 | | $143,571.00 | $306,442.00 | $233,432.00 | $67,500.00 | $140,214.00 | $441,146.00 |
| Capital Gains | | | | $0.00 | | $281,765.00 | | $281,765.00 | | | | $0.00 |
| Total | $0.00 | $14,945.00 | $183,292.00 | $198,237.00 | $162,871.00 | $281,765.00 | $143,571.00 | $588,207.00 | $233,432.00 | $67,500.00 | $140,214.00 | $441,146.00 |
| **Expenses** | | | | | | | | | | | | |
| Commission | | | | $0.00 | $5,000.00 | $72,000.00 | $6,520.00 | $83,520.00 | $24,829.00 | | $3,620.00 | $28,449.00 |
| Auto/Travel | | | | $0.00 | $7,961.00 | | $8,546.00 | $16,507.00 | $8,436.00 | | $7,748.00 | $16,184.00 |
| Cleaning | | | $10,067.00 | $10,067.00 | | | $6,460.00 | $6,460.00 | $500.00 | | $5,992.00 | $6,492.00 |
| Insurance (Health, Car, etc.) | | $6,580.00 | | $6,580.00 | $16,847.00 | | $4,514.00 | $21,361.00 | $11,055.00 | | $13,055.00 | $24,110.00 |
| Legal/Professionals | | | | $0.00 | $2,118.00 | $5,073.00 | $12,420.00 | $19,611.00 | $8,004.00 | $6,746.00 | $1,640.00 | $16,390.00 |
| Maintenance/Repairs | | | | $0.00 | $1,500.00 | $921.00 | | $2,421.00 | | $18,165.00 | | $18,165.00 |
| Taxes | $18,655.00 | $23,450.00 | $16,704.00 | $58,809.00 | $19,297.00 | $8,575.00 | $16,795.00 | $44,667.00 | $19,773.00 | $8,670.00 | $16,732.00 | $45,175.00 |
| Office/Utilities | | | $11,154.00 | $11,154.00 | $11,182.00 | $15,434.00 | $8,577.00 | $35,193.00 | $19,653.00 | | $12,158.00 | $31,811.00 |
| Bank Fees | | | | | | | | | | | | $0.00 |
| Depreciation/Amortization | $26,924.00 | | $79,749.00 | $106,673.00 | $60,912.00 | | $79,746.00 | $140,658.00 | $94,900.00 | | $91,547.00 | $186,447.00 |
| Total | $45,579.00 | $30,030.00 | $117,674.00 | $193,283.00 | $124,817.00 | $102,003.00 | $143,578.00 | $370,398.00 | $187,150.00 | $33,581.00 | $152,492.00 | $373,223.00 |
| Expenses Minus Dep./Amort. | $18,655.00 | $30,030.00 | $37,925.00 | $86,610.00 | $63,905.00 | $102,003.00 | $63,832.00 | $229,740.00 | $92,250.00 | $33,581.00 | $60,945.00 | $186,776.00 |
| Net Income After Cash Expenses | ($18,655.00) | ($15,085.00) | $145,367.00 | $111,627.00 | $98,966.00 | $179,762.00 | $79,739.00 | $358,467.00 | $141,182.00 | $33,919.00 | $79,269.00 | $254,370.00 |

### 2022 / 2023 / 2024

| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Revenue | $217,381.00 | $81,600.00 | $160,240.00 | $459,221.00 | $223,902.43 | $81,600.00 | $225,047.20 | $530,549.63 | $230,619.50 | 55,250.00 | $291,798.62 | $577,668.12 |
| Capital Gains | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $217,381.00 | $81,600.00 | $160,240.00 | $459,221.00 | $223,902.43 | $81,600.00 | $225,047.20 | $530,549.63 | $230,619.50 | $55,250.00 | $291,798.62 | $577,668.12 |
| **Expenses** | | | | | | | | | | | | |
| Commission | $27,500.00 | | $3,320.00 | $30,820.00 | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 |
| Auto/Travel | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 |
| Cleaning | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Insurance (Health, Car, etc.) | $24,947.00 | | $13,742.00 | $38,689.00 | $25,944.88 | | $14,291.68 | $40,236.56 | $26,982.68 | | $14,863.35 | $41,846.02 |
| Legal/Professionals | | $3,144.00 | $22,000.00 | $25,144.00 | | | $22,880.00 | $22,880.00 | | | $23,795.20 | $23,795.20 |
| Maintenance/Repairs | | | $4,588.00 | $4,588.00 | | | $4,771.52 | $4,771.52 | | | $4,962.38 | $4,962.38 |
| Taxes | $33,427.00 | | $24,795.00 | $58,222.00 | $34,764.08 | | $25,786.80 | $60,550.88 | $36,154.64 | | $26,818.27 | $62,972.92 |
| Office/Utilities | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 |
| Bank Fees | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Depreciation/Amortization | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $98,119.00 | $3,144.00 | $83,945.00 | $185,208.00 | $72,953.96 | $0.00 | $86,550.00 | $159,503.96 | $75,382.32 | $0.00 | $89,259.20 | $164,641.52 |
| Expenses Minus Dep./Amort. | $98,119.00 | $3,144.00 | $83,945.00 | $185,208.00 | $72,953.96 | $0.00 | $86,550.00 | $159,503.96 | $75,382.32 | $0.00 | $89,259.20 | $164,641.52 |
| Net Income After Cash Expenses | $119,262.00 | $78,456.00 | $76,295.00 | $274,013.00 | $150,948.47 | $81,600.00 | $138,497.20 | $371,045.67 | $155,237.18 | $55,250.00 | $202,539.42 | $413,026.60 |

### 2025 / 2026 / 2027

| | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total | Fraifer Investments | GTLF Madeira | Gulf Brisas | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| Revenue | $237,538.09 | $110,500.00 | $362,352.57 | $710,390.66 | $244,664.23 | $110,500.00 | $373,223.15 | $728,387.38 | $252,004.16 | $110,500.00 | $384,419.85 | $746,924.00 |
| Capital Gains | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $237,538.09 | $110,500.00 | $362,352.57 | $710,390.66 | $244,664.23 | $110,500.00 | $373,223.15 | $728,387.38 | $252,004.16 | $110,500.00 | $384,419.85 | $746,924.00 |
| **Expenses** | | | | | | | | | | | | |
| Commission | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 | | | $3,320.00 | $3,320.00 |
| Auto/Travel | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 | $6,045.00 | | $4,200.00 | $10,245.00 |
| Cleaning | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Insurance (Health, Car, etc.) | $28,061.98 | | $15,457.88 | $43,519.86 | $29,184.46 | | $16,076.20 | $45,260.66 | $30,351.84 | | $16,719.24 | $47,071.08 |
| Legal/Professionals | | | $24,747.01 | $24,747.01 | | | $25,736.89 | $25,736.89 | | | $26,766.36 | $26,766.36 |
| Maintenance/Repairs | | | $5,160.88 | $5,160.88 | | | $5,367.31 | $5,367.31 | | | $5,582.00 | $5,582.00 |
| Taxes | $37,600.83 | | $27,891.00 | $65,491.83 | $39,104.86 | | $29,006.64 | $68,111.51 | $40,669.06 | | $30,166.91 | $70,835.97 |
| Office/Utilities | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 | $6,200.00 | | $11,300.00 | $17,500.00 |
| Bank Fees | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Depreciation/Amortization | | | | $0.00 | | | | $0.00 | | | | $0.00 |
| Total | $77,907.81 | $0.00 | $92,076.77 | $169,984.58 | $80,534.32 | $0.00 | $95,007.04 | $175,541.36 | $83,265.90 | $0.00 | $98,054.52 | $181,320.42 |
| Expenses Minus Dep./Amort. | $77,907.81 | $0.00 | $92,076.77 | $169,984.58 | $80,534.32 | $0.00 | $95,007.04 | $175,541.36 | $83,265.90 | $0.00 | $98,054.52 | $181,320.42 |
| Net Income After Cash Expenses | $159,630.28 | $110,500.00 | $270,275.81 | $540,406.08 | $164,129.91 | $110,500.00 | $278,216.11 | $552,846.02 | $168,738.26 | $110,500.00 | $286,365.33 | $565,603.59 |