# EXHIBIT IDENTIFICATION TAG

PARTY SUBMITTING: Subchapter V Trustee          EX. # 2

FOR I.D. ☐ OR EVIDENCE ☐ (ck. one)

DEBTOR: Gaby Fraifer

CASE NO: 8:22-bk-02423-CED

ADV. NO:

NATURE OF PROCEEDING: Confirmation of Plan

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

This  2nd  day of May                              , 20 23

By: _____, Deputy Clerk

| Proposed Budget | | | | | | |
|---|---|---|---|---|---|---|
| Year | 2023 | 2024 | 2025 | 2026 | 2027 | Total |
| **Income** | | | | | | |
| Net Salary | $10,200 | $10,200 | $10,200 | $10,200 | $10,200 | $51,000 |
| Distribution from LLCs | $24,000 | $24,600 | $25,215 | $25,845 | $26,492 | $126,152 |
| Help from Spouse/Family | $216,000 | $216,000 | $216,000 | $180,000 | $180,000 | $1,008,000 |
| **Total Income** | $250,200 | $250,800 | $251,415 | $216,045 | $216,692 | $1,185,152 |
| **Spousal Income as Percent of Total** | 86.33% | 86.12% | 85.91% | 83.32% | 83.07% | 85.05% |
| **Spousal Contribution as Percent of Total Distribution** | 90.00% | 87.80% | 85.66% | 69.65% | 67.95% | 79.90% |
| **Expenses** | | | | | | |
| Utilities | $14,400 | $14,760 | $15,129 | $15,507 | $15,895 | $75,691 |
| Home Insurance | $9,600 | $9,840 | $10,086 | $10,338 | $10,597 | $50,461 |
| HOA | $1,380 | $1,415 | $1,450 | $1,486 | $1,523 | $7,254 |
| Home Maintenance & Repairs | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 | $31,538 |
| House Cleaning & Services | $12,000 | $12,300 | $12,608 | $12,923 | $13,246 | $63,077 |
| Food, Groceries & Restaurants | $36,000 | $36,900 | $37,823 | $38,768 | $39,737 | $189,228 |
| Clothing & Other Personal Needs | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 | $31,538 |
| Car Maintenance, Gas & Tolls | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 | $31,538 |
| Education | $120,000 | $123,000 | $126,075 | $80,000 | $80,000 | $529,075 |
| Donations | $3,600 | $3,690 | $3,782 | $3,877 | $3,974 | $18,923 |
| Other | $12,000 | $12,300 | $12,608 | $12,923 | $13,246 | $63,077 |
| **Total Expenses** | $226,980 | $232,655 | $238,473 | $195,205 | $198,087 | $1,091,400 |
| **Available to Creditors** | $23,220 | $18,145 | $12,942 | $20,840 | $18,605 | $93,752 |

| Availability Analysis Scenario 1: GTLF Madeira Loan Refinance | | | | | | |
|---|---|---|---|---|---|---|
| Cash Available from Companies | $371,046 | $588,396 | $660,526 | $672,966 | $685,723 | $2,978,656 |
| Total Household Expenses | $226,980 | $232,655 | $238,473 | $195,205 | $198,087 | $1,091,400 |
| 10% Safety Margin for Household Expenses | $249,678 | $255,921 | $262,320 | $214,726 | $217,896 | $1,200,540 |
| **Available for Plan** | $121,368 | $332,476 | $398,205 | $458,240 | $467,827 | $1,778,116 |

| Availability Analysis Scenario 1: GTLF Madeira Reinvestment | | | | | | |
|---|---|---|---|---|---|---|
| Cash Available from Companies | $371,046 | $413,027 | $540,406 | $552,846 | $565,604 | $2,442,928 |
| Total Household Expenses | $226,980 | $232,655 | $238,473 | $195,205 | $198,087 | $1,091,400 |
| 10% Safety Margin for Household Expenses | $249,678 | $255,921 | $262,320 | $214,726 | $217,896 | $1,200,540 |
| **Available for Plan** | $121,368 | $157,106 | $278,086 | $338,121 | $347,708 | $1,242,388 |