EXHIBIT IDENTIFICATION TAG

PARTY
SUBMITTING:___ Subchapter  V Trustee ___EX. #____3____

FOR I.D. [          ] OR EVIDENCE [        ] (ck. one)

DEBTOR: Gaby Fraifer _____

CASE NO: 8:22-bk-02423-CED _____

ADV. NO:_____

NATURE OF
PROCEEDING: Confirmation of Plan _____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

This ___2nd___ day of May_____, 20 23___

By: _____, Depu

ty Clerk

**Assumptions**

1. Income was not modified but stayed at the level of the plan filed with the court.
2. Expenses were not changed except:
   a. House Cleaning was reduced to $ 0.00. It is not a necessary expense and with two children at home there should be sufficient help to maintain a clean home.
   b. Food/groceries/restaurants were reduced to reflect the high-end estimate for a liberal budget of four of the USDA in 2022 and increased by 4%/year under the assumption that inflation will moderate.
   c. Education was left at the estimate in Samantha's budget, assuming $ 5,000.00/year for two children living at home. To the extent that the two children will graduate from high school and move on to college, expenses need to be adjusted downward from the years of graduation forward. College education is not included as children going to college can avail themselves of grant and loan programs and parents can support repayment of loans after the plan ends.
   d. Donations are discretionary items not affecting debtor's lifestyle and were reduced to $ 0.00.

000009    22-02423-CED Fraifer - Sub. V TrusteeTrial Exhibits

| Proposed Budget | | | | | | |
|---|---|---|---|---|---|---|
| **Year** | **2023** | **2024** | **2025** | **2026** | **2027** | **Total** |
| **Income** | | | | | | |
| Net Salary | $10,200 | $10,200 | $10,200 | $10,200 | $10,200 | $51,000 |
| Distribution from LLCs | $24,000 | $24,600 | $25,215 | $25,845 | $26,492 | $126,152 |
| Help from Spouse/Family | $216,000 | $216,000 | $216,000 | $180,000 | $180,000 | $1,008,000 |
| **Total Income** | $250,200 | $250,800 | $251,415 | $216,045 | $216,692 | $1,185,152 |
| **Expenses** | | | | | | |
| Utilities | $14,400 | $14,760 | $15,129 | $15,507 | $15,895 | $75,691 |
| Home Insurance | $9,600 | $9,840 | $10,086 | $10,338 | $10,597 | $50,461 |
| HOA | $1,380 | $1,415 | $1,450 | $1,486 | $1,523 | $7,254 |
| Home Maintenance & Repairs | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 | $31,538 |
| House Cleaning & Services | $0 | $0 | $0 | $0 | $0 | $0 |
| Food, Groceries & Restaurants | $18,000 | $18,720 | $19,469 | $20,248 | $21,057 | $97,494 |
| Clothing & Other Personal Need | $6,000 | $6,156 | $6,304 | $6,461 | $6,623 | $31,544 |
| Car Maintenance, Gas & Tolls | $6,000 | $6,156 | $6,304 | $6,461 | $6,623 | $31,544 |
| Education | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $300,000 |
| Donations | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $12,000 | $12,300 | $12,608 | $12,923 | $13,246 | $63,077 |
| **Total Expenses** | $133,380 | $135,497 | $137,654 | $139,885 | $142,187 | $688,603 |
| **Available to Creditors** | $116,820 | $115,303 | $113,761 | $76,160 | $74,505 | $496,549 |

000010    22-02423-CED Fraifer - Sub. V Trustee Trial Exhibits